**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| MAURICE GORDON, SR. INDIVIDUALLY AND AS Administrator of the ESTATE of MAURICE GORDON, JR., RACQUEL BARRETT,<br><br>Plaintiffs,<br><br>v.<br><br>RANDALL WETZEL, GURBIR SINGH GREWAL, individually and in his official capacity as Attorney General for the State of New Jersey, PATRICK J. CALLAHAN. Individually and in his official capacity as Colonel of the New Jersey State Police, the State of New Jersey, and JOHN/JANE DOES 1-10, being fictitious names for persons whose identities are presently unknown, individually,<br><br>Defendants. | Case No. 1:21-cv-04861-NLH-AMD |

**NOTICE OF MOTION TO STAY CIVIL PROCEEDINGS
BY DEFENDANT RANDALL WETZEL**

ARCHER & GREINER, P.C.
One Centennial Square
33 East Euclid Avenue
Haddonfield, NJ 08033-0968
(856) 795-2121

*Attorneys for Defendant, Randall Wetzel*

BY: John C. Connell, Esq.
jconnell@archerlaw.com
Kerri E. Chewning, Esq.
kchewning@archerlaw.com
Nicholas Franchetti. Esq.
nfranchetti@archerlaw.com

TO: William O. Wagstaff III – 041322009
The Wagstaff Firm, P.C.
75 South Broadway Suite 400
White Plains, New York 10601

Neal Wiesner - 007942004
Wiesner Law Firm, P.C.
34 East 23rd Street - 6th Floor
New York, New York 10010
*Attorneys for Plaintiffs*

**PLEASE TAKE NOTICE** that on August 16, 2021, or as soon thereafter as counsel may be heard, Defendant Randall Wetzel, by and through his attorneys at Archer & Greiner, P.C., shall move before the Court for an Order granting Defendant's Motion to Stay Civil Proceedings. Defendant will rely on the accompanying Memorandum of Law in Support of the instant Motion. A proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested if this Motion is opposed.

    Respectfully submitted,

    ARCHER & GREINER,
    A Professional Corporation
    *Attorneys for Defendant,*
    *Randall Wetzel*

    BY: /s/ Nicholas T. Franchetti
        JOHN C. CONNELL
        KERRI E. CHEWNING
        NICHOLAS FRANCHETTI

Date: July 13, 2021