

Practicing in New York & New Jersey

**Westchester Office**
75 S. Broadway Suite 400
White Plains, N.Y. 10601
William@Wagstaff.Legal
(914) 226-3300

**Manhattan Office**
34 E. 23rd Street
New York, N.Y.10010
By Appointment Only

Of Counsel:
Tracey A. Grant
Kimberly A. Carpenter

February 9, 2022

**VIA ECF & EMAIL**

Hon. Karen M. Williams
United States District Judge
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**Re: Gordon et al v. Wetzel et al – 1:21-cv-04861**

Dear Judge Williams:

I write to request an extension of plaintiffs' time to file opposition papers to defendants Gurbir Singh Grewal and Patrick J. Callahan's ("State Defendants") motion to dismiss the Third Amended Complaint. Deputy Attorney General Marvin Freeman and Kerri E. Chewning, counsel for Sgt. Wetzel both consent[1].

The motion is currently set for February 22, 2022, and plaintiffs seek an adjournment to the Motion Day on March 21, 2022.

Respectfully,

/s/William O. Wagstaff III

---

[1] Plaintiffs requested a Clerk's extension prior to the due date of the opposition papers which was granted and then reversed today and directed Plaintiffs' to request the extension from Your Honor.

Cc:  Neal Wiesner
     Eric Intriago
     Marvin Freeman
     Kerri Chewning
     Amy Pearl