

| | | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | **State of New Jersey**<br>OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO Box 1002<br>TRENTON, NJ 08625-0112 | CHRISTOPHER A. EDWARDS<br>*Acting Attorney General* |
| SHEILA Y. OLIVER<br>*Lt. Governor* | | MICHELLE L. MILLER<br>*Director* |

March 4, 2022

**VIA ELEC. FILING w/encl.**
Honorable Ann Marie Donio
United States Magistrate Judge
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
Camden, New Jersey 08101

    Re:    <u>Maurice Gordon, Sr., et al, v. Randall Wetzel, et al.</u>
             Docket No.: 21-cv-4861 (NLH-AMD)

Dear Judge Donio:

    I represent Defendants Gurbir S. Grewal and Patrick J. Callahan in the above-entitled action. Enclosed is a proposed Consent Discovery Confidentiality Order that has been reviewed and signed by all parties. I respectfully request that the Court sign the order and enter it on the docket.

                                  Respectfully requested,

                                  CHRISTOPHER A. EDWARDS

                        By:   <u>s/Marvin L. Freeman</u>
                              Marvin L. Freeman
                              Deputy Attorney General

cc:   All counsel of record (via CM/ECF)

Enc.

