IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MAURICE GORDON, SR., Individually and as administrator of the Estate of Maurice Gordon, Jr., et al., <br><br> Plaintiffs, <br><br> v. <br><br> RANDALL WETZEL, et al, <br><br> Defendants. | Civil No. 21-4861 (KMW/AMD) |

**<u>ORDER</u>**

This Order confirms the directives given to counsel during the telephone conference held on March 16, 2022, with all counsel as noted on the record; and for the reasons set forth on the record; and good cause appearing for the entry of the within Order:

IT IS on this **16th** day of **March 2022**, hereby **ORDERED:**

1. As set forth on the record on March 16, 2022, the State Defendants shall file, by no later than **March 31, 2022**, a motion to stay discovery in the event that State Defendants assert a stay is warranted with respect to any of their discovery responses and Rule 26 disclosures. Plaintiffs may file a cross-motion to compel the State Defendants to produce discovery and Rule 26 disclosures.

2. Plaintiffs are granted leave to file a motion concerning the State Defendants' responses to Plaintiffs' Requests for Admission.

3. Plaintiffs and the State Defendants are directed to meet and confer concerning the State Defendants' designation of

documents as confidential pursuant to the Discovery Confidentiality Order dated March 9, 2022.

                                                s/ Ann Marie Donio
                                                ANN MARIE DONIO
                                                UNITED STATES MAGISTRATE JUDGE

cc:  Hon. Karen M. Williams