

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

## State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

Christopher A. Edwards
*Acting Attorney General*

MICHELLE L. MILLER
*Director*

April 19, 2022

**VIA ELEC. FILING**
Honorable Ann Marie Donio
United States Magistrate Judge
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
Camden, New Jersey 08101

    Re:    <u>Maurice Gordon, Sr., et al, v. Randall Wetzel, et al.</u>
             Docket No.: 21-cv-4861 (NLH-AMD)

Dear Judge Donio:

    I represent Defendants Gurbir S. Grewal and Patrick J. Callahan in the above-entitled action. This letter relates to Plaintiff's request for an extension of time to file a response to Defendants' motion to stay. I did not review Plaintiff's email requesting my consent until after close of business yesterday. Please note that Defendants do not object to the request.

                               Respectfully requested,

                               CHRISTOPHER A. EDWARDS

                  By:   <u>s/Marvin L. Freeman</u>
                         Marvin L. Freeman
                         Deputy Attorney General

cc: All counsel of record (via CM/ECF)



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-2998 • FAX: (609) 777-3607
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*