

Practicing in New York & New Jersey

**Westchester Office**
75 S. Broadway Suite 400
White Plains, N.Y. 10601
William@Wagstaff.Legal
(914) 226-3300

**Manhattan Office**
34 E. 23rd Street
New York, N.Y.10010
By Appointment Only

Of Counsel:
Kimberly A. Carpenter
Tracey A. Grant

April 18, 2022

Hon. Ann Marie Donio
United States Magistrate Judge
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**Re: Gordon et al v. Wetzel et al – 1:21-cv-04861**

Dear Judge Donio:

I write to request an adjournment of the state defendants' Motion to Stay - currently returnable on May 2 - to May 16, 2022.

I contacted Mr. Freeman a few hours ago to seek his consent, but I have not heard back from him yet.

Respectfully,

/s/ William O. Wagstaff III

Cc: All Parties Via ECF