UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                          Proceeding Date: April 21, 2022

**JUDGE ANN MARIE DONIO**

Court Reporter: Court Conference Line

**TITLE OF CASE:**                          **DOCKET NO. 21-4861(KMW/AMD)**
**Maurice Gordon, Sr., et al**
  v.
**Randall Wetzel, et al**

**APPEARANCES:**
William Wagstaff, Esq. and Neal Wiesner, Esq. for plaintiffs
Kerri Chewning, Esq. and Amy E. Pearl, Esq. for defendant Wetzel
Marvin Freeman, DAG, Eric Intriago, DAG, and Matthew Lynch, DAG for defendants Grewal
and Callahan

**NATURE OF PROCEEDINGS:**     Status and Discovery Conference

**DISPOSITION:**
Status and Discovery Conference held via telephone on the record
Hearing on plaintiff's letter application [115] for an extension of time to respond to the Motion
to Stay [110]
Ordered application granted
Order to be entered.

*s/Susan Bush*
**DEPUTY CLERK**

Time Commenced: 2:05 p.m. Time Adjourned: 2:23 p.m. Total time: 18 mins.