

**Kerri E. Chewning**
*Also Member of Pennsylvania Bar*
kchewning@archerlaw.com
856-616-2685 Direct

Archer & Greiner, P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043
856-795-2121 Main
856-795-0574 Fax
www.archerlaw.com

May 2, 2022

**Via CM/ECF Only**
Honorable Ann Marie Donio, U.S.M.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets
Camden, New Jersey 08101

      Re: **Estate of Gordon, et al. v. Wetzel, et al.,**
           **Civil Action No.: 21-4861(KMW-AMD)**

Dear Judge Donio:

    This office represents Trooper Wetzel in this matter.  The Court has scheduled argument on the State Defendants' Motion for a Partial Stay for May 12, 2022 at 2 o'clock.  I was previously scheduled to attend an in-person hearing before Judge Hillman on that same date and time in the matter, *Newborn Bros. v. Albion Engineering,* Civ. No. 12-2999 (NLH).  Accordingly, I would respectfully request the Court to reschedule the hearing on the State Defendants' motion so that I can participate.

    Please note that all counsel consent to this request.

    We thank the Court for its courtesies.

                                       Very truly yours,

                                       KERRI E. CHEWNING
                                       AMY E. PEARL

cc:    All counsel of record (via ECF)