

**Kerri E. Chewning**
*Also Member of Pennsylvania Bar*
kchewning@archerlaw.com
856-616-2685 Direct

Archer & Greiner, P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043
856-795-2121 Main
856-795-0574 Fax
www.archerlaw.com

May 4, 2022

<u>**Via CM/ECF Only**</u>
Honorable Ann Marie Donio, U.S.M.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets
Camden, New Jersey 08101

   Re: <u>**Estate of Gordon, et al. v. Wetzel, et al.,**</u>
      <u>**Civil Action No.: 21-4861 (KMW-AMD)**</u>

Dear Judge Donio:

  This office represents Trooper Wetzel in this matter. I write at the request of Plaintiffs' counsel to clarify my letter dated May 2, 2022. ECF No. 121. Please be advised that Plaintiffs only consented to an adjournment if the matter could be rescheduled to another time during the week of May 9, 2022. To that end, I would respectfully request the Court to reschedule the hearing on the State's Motion for a Partial Stay set for May 12, 2022 at 2 o'clock for another time during that week.

  We thank the Court for its continued assistance.

                 Very truly yours,

                 KERRI E. CHEWNING
                 AMY E. PEARL

cc: All counsel of record (via ECF)