UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                              Proceeding Date: May 11, 2022

**JUDGE ANN MARIE DONIO**

Court Reporter: Court Conference Line

**TITLE OF CASE:**                              DOCKET NO. 21-4861(KMW/AMD)
**Maurice Gordon, Sr., et al**
  v.
**Randall Wetzel, et al**

**APPEARANCES:**
William Wagstaff, Esq. and Neal Wiesner, Esq. for plaintiffs
Kerri Chewning, Esq. and Amy E. Pearl, Esq. for defendant Wetzel
Marvin Freeman, DAG, Eric Intriago, DAG, and Matthew Lynch, DAG for defendants Grewal and Callahan

**NATURE OF PROCEEDINGS:**   Motion Hearing

**DISPOSITION:**
Motion Hearing held via telephone on the record
Hearing on defendant's Motion for Partial Stay [110]
Decision Reserved

*s/Susan Bush*
**DEPUTY CLERK**

Time Commenced: 2:45 p.m. Time Adjourned: 3:32 p.m. Total time: 47 mins.