**Wiesner Law Firm, P.C.**
34 East 23rd Street - 6th Floor
New York, New York 10010
(212) 732-2225
Fax: (646) 678-3532

Practicing in New York, New Jersey, U.S. Tax Ct.
nwiesner@wiesnerfirm.com

May 17, 2022

Hon. Ann Marie Donio
United States Magistrate Judge
 for the District of New Jersey
United States District Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

By ECF & First Class Mail (Courtesy Copy)

Re:  Estate of Gordon, et al v Wetzel, et al., 1:21-cv-04861 (NLH)
     (AMD)

Dear Judge Donio,

It was reported to us minutes ago that a New Jersey State Grand Jury has acted and voted No Bill.

We assume that makes defendants' motion for a stay moot, but that is for you to determine.

As always, thank you for your courtesies and kind attention.

                                              Respectfully,

                                              /s/Neal Wiesner

                                              Neal Wiesner

cc:  All counsel of record (via CM/ECF)