UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                         Proceeding Date: July 13, 2022

**JUDGE ANN MARIE DONIO**

Court Reporter: ECR

**TITLE OF CASE:**                              DOCKET NO. 21-4861(KMW/AMD)
**Maurice Gordon, Sr., et al**
  v.
**Randall Wetzel, et al**

**APPEARANCES:**
William Wagstaff, Esq. and Neal Wiesner, Esq. for plaintiffs
Kerri Chewning, Esq. and Amy E. Pearl, Esq. for defendant Wetzel
Marvin Freeman, DAG and Eric Intriago, DAG for defendants Grewal and Callahan

**NATURE OF PROCEEDINGS:**     Telephone Status Conference

**DISPOSITION:**
Telephone Status Conference held on the record
Order to be entered.

*s/Susan Bush*
**DEPUTY CLERK**

Time Commenced: 3:10 p.m. Time Adjourned: 3:19 p.m. Total time: 9 mins.