UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                    Proceeding Date: August 8, 2022

**JUDGE ANN MARIE DONIO**

Court Reporter: ECR

**TITLE OF CASE:**                                **DOCKET NO. 21-4861(KMW/AMD)**
**Maurice Gordon, Sr., et al**
  v.
**Randall Wetzel, et al**

**APPEARANCES:**
William Wagstaff, Esq. and Neal Wiesner, Esq. for plaintiffs
Kerri Chewning, Esq. and Amy E. Pearl, Esq. for defendant Wetzel
Matthew Lynch, DAG and Eric Intriago, DAG for defendants Grewal and Callahan

**NATURE OF PROCEEDINGS:**   Telephonic Discovery Conference

**DISPOSITION:**
Telephonic Discovery Conference held on the record
 Ordered counsel for defendants Grewal and Lynch to submit an affidavit re: searchable database as to use of force based complaints.
 Order to be entered.

                                         *s/Susan Bush*
                                         **DEPUTY CLERK**

Time Commenced: 12:03 p.m. Time Adjourned: 12:19 p.m. Total time: 16 mins.