MATTHEW J. PLATKIN
**ACTING ATTORNEY GENERAL OF NEW JERSEY**
R.J. Hughes Justice Complex
P.O. Box 112
25 Market Street
Trenton, New Jersey 08625-0112

By:  Marvin L. Freeman
     Deputy Attorney General
     Attorney ID: 0454411995
     Phone: (609) 376-2998
     Marvin.freeman@law.njoag.gov

     Eric Intriago
     Deputy Attorney General
     Attorney ID: 274302019
     Phone: (609) 376-3125
     Eric.intriago@law.njoag.gov

| | |
|---|---|
| MAURICE GORDON, SR., et al., : | UNITED STATES DISTRICT COURT |
| : | DISTRICT OF NEW JERSEY |
| Plaintiff,    : | |
| : | Civil Action No. 1:21-cv-4861 |
| v.           : | (NLH-AMD) |
| : | |
| RANDALL WETZEL, et al., : | |
| : | **SUBSTITUTION OF ATTORNEY** |
| Defendants.  : | |

The undersigned hereby consent to the substitution of DeCotiis, FitzPatrick, Cole & Giblin, LLP (Benjamin Clarke, Esq., appearing) as attorneys for defendants Gurbir Singh Grewal and Patrick J. Callahan in the above captioned matter.

| | |
|---|---|
| s/Marvin Freeman | s/Eric Intriago |
| Marvin Freeman | Eric Intriago |
| Withdrawing Attorney | Withdrawing Attorney |

- 2 -

Deputy Attorney General					Deputy Attorney General


<u>s/Benjamin Clarke</u>
Benjamin Clarke, Esq.
DeCotiis, Fitzpatrick, Cole, & Giblin, LLP
Substituting Attorney


Dated: August 15, 2022