

------ LAW OFFICES ------

**DeCotiis, FitzPatrick, Cole & Giblin, LLP**

61 SOUTH PARAMUS ROAD, SUITE 250

PARAMUS, NEW JERSEY 07652

_____

TELEPHONE: (201) 928-1100
TELEFAX:    (201) 928-0588
WWW.DECOTIISLAW.COM

NEW JERSEY
NEW YORK

BENJAMIN CLARKE, ESQ.
BCLARKE@DECOTIISLAW.COM
201.907.5210

August 12, 2022

**VIA ECF-PACER**

Hon. Ann Marie Donio, U.S. Magistrate Judge
United States District Court
Mitchell H. Cohen Building & U.S. Cthse.
4th & Cooper Streets, Room 6020
Camden, NJ 08101

      Re:    **Maurice Gordon, et al v. Randall Wetzel, et al.**
               **Civil Action No: 21-4861 (KMW/AMD)**

Dear Judge Donio:

      By substitution of attorney dated August 10, 2022 (copy attached for ease of reference), this office assumed representation of defendants Grewal and Callahan in the above-referenced matter. We are aware that, by Text Order dated August 8, 2022, "Counsel for defendants Grewal and [Callahan] shall, by no later than 8/15/2022, submit an Affidavit to the Court setting forth if there is a searchable database available as to all use of force based complaints from 2015 through 2020, and also what efforts, if any, have been made to date to discover if such searchable database exists, as set forth on the record on 8/8/2022."

      This letter is to request, with the consent of plaintiffs' counsel, a two-week extension of the due date for filing of the ordered Affidavit to the Court. We have been working with predecessor counsel to prepare the required Affidavit but the transitional circumstances make the August 15 deadline impracticable.

      In seeking and obtaining the consent of plaintiffs' counsel to this request, I have committed to produce without delay any previously unproduced searchable database that the ongoing double-check and renewed search efforts may yield. Plaintiffs' attornys have requested that I memorialize that commitment in this letter and I have no problem doing that.

#3208201

Case 1:21-cv-04861-KMW-AMD   Document 148   Filed 08/18/22   Page 2 of 3 PageID: 1047



August 12, 2022
PAGE 2

Thank you for your consideration of this request.

                                        Respectfully yours,

                                        **DECOTIIS, FITZPATRICK, COLE**
                                            **& GIBLIN, LLP**

                              By:    */s/ Benjamin Clarke*
                                        Benjamin Clarke

BC/md
Encl.
cc:    DAG Matthew Lynch
        All Counsel of Record (via ECF)

                                So Ordered this 18th day of August 2022

                                        s/ Ann Marie Donio
                          By:_____
                             ANN MARIE DONIO, U.S.M.J.

#3208201

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MAURICE GORDON, SR. individually and as Administrator of the ESTATE of MAURICE GORDON, JR., et al.<br><br>Plaintiffs,<br><br>v.<br><br>RANDALL WETZEL, et al.,<br><br>Defendants. | Civil Action No: 21-4861 (KMW/AMD)<br><br>**SUBSTITUTION OF ATTORNEY** |

The undersigned hereby consents to the substitution of DeCotiis, FitzPatrick, Cole & Giblin, LLP (Benjamin Clarke, Esq., appearing) as attorneys for defendants Gurbir Singh Grewal and Patrick J. Callahan in the above captioned matter.

**WITHDRAWING ATTORNEY:**

**MATTHEW LYNCH**
**DEPUTY ATTORNEY GENERAL**

By:  /s Matthew Lynch
    Matthew Lynch
    Deputy Attorney General

Dated:  August 9, 2022

**SUPERSEDING ATTORNEY:**

**DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**

By:  /s Benjamin Clarke
    Benjamin Clarke

Dated:  August 9, 2022

#3207252