

------ LAW OFFICES ------
**DeCotiis, FitzPatrick, Cole & Giblin, LLP**

61 SOUTH PARAMUS ROAD, SUITE 250
PARAMUS, NEW JERSEY 07652
_____
TELEPHONE: (201) 928-1100
TELEFAX:  (201) 928-0588
WWW.DECOTIISLAW.COM

NEW JERSEY
NEW YORK

BENJAMIN CLARKE, ESQ.
BCLARKE@DECOTIISLAW.COM
201.907.5210

September 13, 2022

**VIA ECF-PACER**

Hon. Karen M. Williams, U.S. District Judge
United States District Court
Mitchell H. Cohen U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

      **Re:**    **Maurice Gordon, et al. v. Randall Wetzel, et al.**
              **Civil Action No. 21-4861 (KMW/AMD)**

Dear Judge Williams:

    We represent defendants Grewal and Callahan in the above-referenced matter. We are aware that, by Text Order dated September 13, 2022, the Court has rescheduled to September 28 the oral argument on Defendants' Motion to Dismiss the Third Amended Complaint (previously set for September 23, 2022). Unfortunately, I will be out of the country on September 28.

    This letter is to request, with the consent of plaintiffs' counsel, that oral argument on the motion be moved to either Monday, October 17, 2022, or Wednesday, October 19, 2022. Naturally, if neither of those dates are convenient to the Court, counsel will make themselves available on an alternative date to be set by the Court.

    Thank you for your consideration of this request.

                          Respectfully yours,

                          **DECOTIIS, FITZPATRICK, COLE**
                           **& GIBLIN, LLP**


                        By:   */s/ Benjamin Clarke*
                              Benjamin Clarke

BC/ks
cc:     All Counsel of Record (via ECF)

#3217305