

—— LAW OFFICES ——

**DECOTIIS**
DeCotiis, FitzPatrick, Cole & Giblin, LLP

61 SOUTH PARAMUS ROAD, SUITE 250

PARAMUS, NEW JERSEY 07652

NEW JERSEY
NEW YORK

BENJAMIN CLARKE, ESQ.
BCLARKE@DECOTIISLAW.COM
201.907.5210

TELEPHONE: (201) 928-1100
TELEFAX:    (201) 928-0588
WWW.DECOTIISLAW.COM

September 19, 2022

**VIA ECF-PACER**

Hon. Ann Marie Donio, U.S. Magistrate Judge
United States District Court
Mitchell H. Cohen U.S. Courthouse
4th & Cooper Streets, Room 6020
Camden, NJ 08101

> **Re:   Maurice Gordon, et al. v. Randall Wetzel, et al.**
> **Civil Action No. 21-4861 (KMW/AMD)**

Dear Judge Donio:

We represent defendants Grewal and Callahan in the above-referenced matter. As directed by Your Honor at the September 8 status conference, the parties met and conferred regarding outstanding discovery issues on September 14, 2022. During the meet-and-confer, both parties agreed that additional meet-and-confers will be necessary to attempt to fully resolve the issues, and both parties are committed to doing so.

Accordingly, we respectfully request that the Court adjourn the telephone conference scheduled for September 21, 2022 to a later date to allow for these additional meetings. Given my own scheduling constraints, we request a date after October 6, 2022.

Thank you for your consideration of this request.

Respectfully yours,

**DECOTIIS, FITZPATRICK, COLE**
**& GIBLIN, LLP**

By: ___*/s/ Benjamin Clarke*___
Benjamin Clarke

BC/ks
cc:   All Counsel of Record (via ECF)

#3218751