

Practicing in New York & New Jersey

**Westchester Office**
75 S. Broadway Suite 400
White Plains, N.Y. 10601
William@Wagstaff.Legal
(914) 226-3300

**Manhattan Office**
34 E. 23rd Street
New York, N.Y.10010
By Appointment Only

Of Counsel:
Kimberly A. Carpenter
Tracey A. Grant

October 14, 2022

By ECF

Hon. Ann Marie Donio
United States Magistrate Judge
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**Re: Gordon et al v. Wetzel et al – 1:21-cv-04861**

Dear Judge Donio,

As you may know, Judge Williams dismissed the State defendants from this case after our last appearance. This changes the case for us profoundly.

We have a status conference set to occur before you on Monday. We respectfully request its adjournment for at least 30 days to allow us to better consider how we may proceed in light of Judge Williams' decision.

Defendant Wetzel has consented to this request.

As always, thank you for your courtesies and kind attention.

Respectfully,

/s/ William O. Wagstaff III

Cc: All Parties Via ECF