UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                              Proceeding Date: October 17, 2022

**JUDGE ANN MARIE DONIO**

Court Reporter: Court Conference Line

**TITLE OF CASE:**                                          DOCKET NO. 21-4861(KMW/AMD)
**Maurice Gordon, Sr., et al**
  v.
**Randall Wetzel, et al**

**APPEARANCES:**
Neal Wiesner, Esq. for plaintiffs
Amy E. Pearl, Esq. for defendant Wetzel


**NATURE OF PROCEEDINGS:**     Telephone Status Conference


**DISPOSITION:**
Telephone Status Conference held on the record
Hearing on application by plaintiff for a stay of discovery
Ordered application denied
Order to be entered.


                              *s/Susan Bush*
                              **DEPUTY CLERK**


Time Commenced: 2:04 p.m. Time Adjourned: 2:15 p.m. Total time: 11 mins.