IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MAURICE GORDON, SR. INDIVIDUALLY AND AS Administrator of the ESTATE of MAURICE GORDON, JR., RACQUEL BARRETT,<br><br>Plaintiffs,<br><br>v.<br><br>RANDALL WETZEL, GURBIR SINGH GREWAL, PATRICK J. CALLAHAN, and JOHN/JANE DOES 1-10,<br><br>Defendants. | Case No. 1:21-cv-04861-KMW |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by all the parties hereto that any and all individual claims asserted on behalf of Plaintiffs, Maurice Gordon, Sr., and Racquel Barrett be and hereby are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

| THE WAGSTAFF FIRM, P.C. | ARCHER & GREINER, P.C. |
|---|---|
| By: *[signature]*<br>William O. Wagstaff, III, Esquire<br>Counsel for Plaintiffs<br><br>Dated: 9/12/25 | By: *[signature]*<br>Kerri E. Chewning, Esquire<br>Counsel for Defendants<br><br>Dated: 9/17/25 |

**SO ORDERED**

on this _____ day of _____, 2025

_____
KAREN M. WILLIAMS, U.S.D.J.